HELEN LOGUE, Respondent, v. F. & D. OPERATING CORPORATION, Defendant, Impleaded with N. & D. TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES B. VREELAND and Others, Appellants.†— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

DAYTON L. ROBINSON and FRANCES F. ROBINSON, Respondents, v. JOHN W. GATLING, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

WILLIAM CLIFF, Respondent, v. SAMUEL LEWIS HUTCHESON, Appellant. HARRY BERNSTEIN, Respondent, v. SAMUEL LEWIS HUTCHESON, Appellant.— Judgments affirmed, with costs. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

JOSEPH B. MAYER v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Martin, O'Malley, Townley and Glennon, JJ.

RADIO STORES CORPORATION, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment reversed and order appealed from modified by directing an assessment of damages and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL CURL, Appellant.‡— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

S. SIDNEY STERN and ABE STERN, Copartners, etc., Respondents, v. MANNHEIM INSURANCE COMPANY OF MANNHEIM, GERMANY, Appellant.§— Judgment modified by reducing the amount of the judgment as entered to the sum of $4,990.63, and as so modified affirmed, with costs to the respondents. Order entered July 14, 1932, reversed, and motion for an extra allowance denied. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CELIA KITROSSER, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Transfer Tax upon the Estate of CLARA ELIZABETH VON HATZFELDT WILDENBURG, Deceased. — Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

*Affd., 264 N. Y. 108.     † Affd., 264 N. Y. 590.     ‡Affd., 264 N. Y. 560.
§ Motion to dismiss appeal denied, 264 N. Y. 464; affd., Id. 569.